UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>YOSHINO SUSHI RESTAURANT, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-01367-JCS<br><br>**ORDER GRANTING MOTION TO ENFORCE GENERAL ORDER 56 AND TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S SCHEDULING ORDER**<br><br>Re: Dkt. No. 26 |

Plaintiffs bring a Motion to Enforce General Order 56 and to Compel Defendants to Comply with the Court's Scheduling Order. Dkt. no. 26. Defendants' counsel filed an opposition brief on Defendants' behalf informing the Court that the restaurant that is alleged to be ADA non-compliant is permanently out of business but that he has been unable to reach his clients or obtain a declaration from them attesting that this is true. He does not dispute that Defendants have failed to comply with General Order 56. Accordingly, the Motion is GRANTED. Within sixty (60) days, Defendants shall either comply with General Order 56 or supply a declaration establishing that the restaurant is permanently closed. A case management conference will be conducted, by Zoom webinar (id. 161 926 0804, password 050855) on **March 29, 2024 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 28, 2023

JOSEPH C. SPERO
United States Magistrate Judge