ALL ACCESS LAW GROUP
Irene Karbelashvili (State Bar No. 232223)
irene@allaccesslawgroup.com
Irakli Karbelashvili (State Bar No. 302971)
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:   (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for Plaintiff SHELBY GAIL HEIFETZ

Charles A. Alfonzo, State Bar No. 184164
BURNHAM BROWN
A Professional Law Corporation
2125 Oak Grove Road, Suite 105
Walnut Creek, CA 94598
---
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: calfonzo@burnhambrown.com

Attorneys for Defendants
HYE KYUNG ALLEN; JOE KIM; and YOSHINO SUSHI RESTAURANT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>             Plaintiff,<br><br>     v.<br><br>YOSHINO SUSHI RESTAURANT, INC. et al.<br><br>             Defendants. | Case No. 23-cv-01367-JCS<br><br>**STIPULATION DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants HYE KYUNG ALLEN; JOE KIM; and YOSHINO SUSHI RESTAURANT, INC. (collectively, "Defendants"), by and through their counsel, stipulate that Plaintiff's claim under the Americans with Disabilities Act is now moot for lack of available injunctive relief. The parties further stipulate, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed without prejudice to Plaintiff refiling her claims in state court.

**IT IS SO STIPULATED**.

Dated:  February 5, 2024         ALL ACCESS LAW GROUP

/s/ Irakli Karbelashvili
Irakli Karbelashvili, Esq.
Attorneys for Plaintiff

Dated:  February 1, 2024         BURNHAM BROWN

*/s/ Charles A. Alfonzo*
Charles A. Alfonzo
Attorneys for Defendants

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashivli